**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO. 4:01CR00212-016 SWW

JAMES R. HENDERSON, JR.

### ORDER

The above entitled cause came on for hearing on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motion [doc #1015]; and that defendant shall serve a term of imprisonment of ***TWENTY-ONE (21) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant participate in residential or non-residential substance abuse treatment.

There will be ***NO*** supervised release to follow.

IT IS FURTHER ORDERED that the U. S. Marshal take the defendant into custody until electronic monitoring can be effectuated by the U. S. Probation Office at which time the defendant is released on home detention with electronic monitoring pending report date to the ***U. S. Marshal's Office by noon on Tuesday, January 19, 2010***. The cost of such monitoring shall be paid by the United States Probation Office.

IT IS SO ORDERED this 10th day of December 2009.

                                        /s/Susan Webber Wright

                                        United States District Judge